IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VINCENT E. GORDON

    Plaintiff,                    No.  2:12-cv-2224 CKD P

    vs.

CALIFORNIA STATE PRISON
SACRAMENTO

    Defendants.             ORDER AND
                                          FINDINGS & RECOMMENDATIONS
_____/

        By order filed February 25, 2013, plaintiff's complaint was dismissed for failure to state a claim and thirty days leave to file an amended complaint was granted.  The thirty day period has expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.  Accordingly, the undersigned will recommend that the case be dismissed.

        In accordance with the above, IT IS HEREBY ORDERED that the Clerk assign this case to a district judge.

        Further, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 17, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
gord2224.fta